FILED
NOV 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ken Anderson-Bey, )
)
      Petitioner, )
)
v. ) Civil Action No. 06 2058
)
Troy Williamson, Warden, )
)
      Respondent. )

TRANSFER ORDER

Petitioner is confined at the United States Penitentiary in Lewisburg, Pennsylvania. He seeks a writ of *habeas corpus* under 28 U.S.C. § 2241 based on alleged inadequate medical care. The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick,* 151 F.3d 1036, 1039 (D.C. Cir. 1998)(citing *Chatman-Bey v. Thornburgh,* 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission,* 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not within this Court's territorial jurisdiction. Moreover, the events giving rise to the claim are occurring at USP Lewisburg. The Court therefore finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 28 day of November 2006,

ORDERED that this case is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania. The Clerk of this Court shall file and docket the petition. Whether petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

                                          /s/
                              United States District Judge